UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGIMEN C. CALDWELL, | ) | Case No. CV 14-2567 RGK(JC) |
| Petitioner, | ) | (~~PROPOSED~~) |
| v. | ) | JUDGMENT |
| E. VALENZUELA, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied as time-barred and this action is dismissed with prejudice.

DATED: December 2, 2014

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE